UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| EDENIA YANETH ACOSTA UMANZOR,<br><br>                              Plaintiff,<br><br>      v.<br><br>Merrick Garland, ATTORNEY GENERAL OF THE UNITED STATES; Alejandro Mayorkas, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; Ur M. Jaddou, DIRECTOR OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Susan Dibbins, CHIEF OF THE ADMINISTRATIVE APPEALS OFFICE,<br><br>                              Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No. 22-cv-6906<br><br>(Brown, J.) |

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Hempstead, New York
        March 30, 2023

                                                        BRUNO J. BEMBI
                                                        *Counsel for Plaintiff*
                                                        P.O. Box 5248
                                                        Hempstead, NY 11551

                              By: _____
                                                        Bruno L. Bembi
                                                        (516) 483-7372
                                                        Brunobembi4@gmail.com

Dated: Brooklyn, New York
March 30 2023

BREON PEACE
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: *Nairi Gruzenski*
Nairi Gruzenski
Special Assistant U.S. Attorney
(718) 254-6119
nairi.gruzenski@usdoj.gov

Kimberly A. Francis
Assistant United States Attorney
(718) 254-6147
Kimberly.Francis@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SARAH B. FABIAN
Senior Litigation Counsel

KATELYN MASETTA-ALVAREZ
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0120

Dated: 4/4/2023
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.